# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:17-bk-02819 |
| MICHELE M. LOCKWOOD | Chapter 13 |
| Debtor(s) | Honorable Jacqueline P. Cox |

## NOTICE OF MOTION

To:   *See attached service list*

**PLEASE TAKE NOTICE** that on **October 21, 2019 at 9:00 a.m.**, the undersigned will appear before the Honorable Jacqueline P. Cox at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 680, Chicago, Illinois and will then and there present **DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**, a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

I, Joseph Scott Davidson, hereby certify that I caused a copy of this notice and motion to be served, via electronic case filing to Tom Vaughn, Chapter 13 Trustee and via United States First Class Mail to all parties listed on the attached service list, on September 13, 2019 before the hour of 5:00 p.m. from the office located at 2500 South Highland Avenue, Suite 200, Lombard, Illinois 60148.

*/s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Michele M. Lockwood*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-02819<br>Northern District of Illinois<br>Chicago<br>Mon Jul  2 11:41:47 CDT 2018 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Avant Credit, Inc<br>640 N Lasalle St<br>Chicago, IL 60654-3731 | Avant Credit, Inc.<br>640 North  LaSalle Street<br>Suite 535<br>Chicago, IL 60654-3731 | Big Picture Loans<br>Attn: Customer Supprt<br>P.O. Box 704<br>Watersmeet, MI 49969-0704 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One/Dress Barn<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Check 'n Go<br>1047 S York Road, SuiteC<br>Bensenville, IL 60106-3600 | Check 'n Go<br>C/O Real Time Resolutions, Inc.<br>PO Box 566027<br>Dallas, TX 75356-6027 | Comenity Bank/Avenue<br>PO  Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Avenue<br>PO Box 182789<br>Columbus, OH 43218-2789 | Continental Finance Co<br>Pob 8099<br>Newark, DE 19714-8099 | Continental Finance Corporation<br>121 Continental Drive  #108<br>Newark, DE 19713-4347 |
| Country Door<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 | County Door Credit<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Credit One Bank NA<br>PO  Box 98873<br>Las Vegas, NV 89193-8873 |
| Credit One Bank Na<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Elmhurst Memorial Hospital<br>Patient Accounts<br>PO Box 536<br>Linden, MI 48451-0536 | Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 |
| Fingerhut<br>6250 Ridgewood Road<br>St Cloud, MN 56303-0820 | First Premier Bank<br>601 S Minneaoplis Avenue<br>Sioux Falls, SD 57104 | Fst Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Great Lakes Finance, Inc<br>100 Commerical Drive<br>Fairfield, OH 45014-5556 | Heights Finance<br>1460 N Farnsworth Ave Ste 2<br>Aurora IL 60505-1680 | Heights Finance Corp<br>2117 Wabash Ave<br>Terre Haute, IN 47807-3303 |
| Heights Finance Corporation<br>1117 Columbia Ave Suite B<br>Franklin, TN 37064-3616 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0291 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

| | | |
|---|---|---|
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT, INC. as agent<br>for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Merchants Credit<br>223 W Jackson Boulevard<br>Suite 700<br>Chicago, IL 60606-6914 | Merchants Credit<br>223 W Jackson Boulevard Suite 4<br>Chicago, IL 60606-6914 | Merchants Credit<br>223 West  Jackson Blvd Suite 4<br>Chicago, IL 60606-6914 |
| Montgomery Ward<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 | ONEMAIN<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| One Main<br>PO Box 1010<br>Evansville, IN 47706-1010 | PayPal Smart Connect<br>PO Box 960013<br>Orlando, FL 32896-0013 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, LLC<br>c o Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Rise<br>4150 International Plaza<br>Fort Worth, TX 76109-4892 | Speedy Cash<br>8400 E. 32nd Street N.<br>Wichita, KS 67226-2608 | SpeedyRapid Cash<br>PO Box 780408<br>Wichita, KS 67278-0408 |
| Surge<br>Cardholder Services<br>PO Box 8099<br>Newark, DE 19714-8099 | Synchrony Bank/Care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Synchrony Bank/Care Credit<br>PO  Box 965064<br>Orlando, FL 32896-5064 |
| Synchrony Bank/PayPal Cr<br>PO  Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/PayPal Cr<br>Po Box 965005<br>Orlando, FL 32896-5005 | nicor gas<br>po box 549<br>aurora il 60507-0549 |
| Joseph S Davidson<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148-7103 | Michele M Lockwood<br>3460 North Ozark Avenue<br>Chicago, IL 60634-3016 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud MN 56302-9617 |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>Successor to<br>CAPITAL ONE BANK (USA), N.A.<br>POB 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE BANK, N.A.<br>(CAPITAL ONE BANK, N.A.)<br>POB 41067<br>Norfolk, VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Capital One<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | End of Label Matrix<br>Mailable recipients   57<br>Bypassed recipients    1<br>Total                 58 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re:

MICHELE M. LOCKWOOD

Debtor(s)

Case No. 1:17-bk-02819

Chapter 13

Honorable Jacqueline P. Cox

## DEBTOR'S MOTION TO MODIFY PLAN

NOW COMES, MICHELE M. LOCKWOOD ( the "Debtor"), through counsel, SULAIMAN LAW GROUP, LTD., pursuant to 11 U.S.C. §1329 moves the Court to Modify Chapter 13 Plan. In support thereof, Debtor states as follows:

1. On January 31, 2017, Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code [Doc. #1].

2. On March 27, 2017, an Order Confirming Plan was entered [Doc. #19].

3. Debtor's confirmed plan provides:

**Section D.** *Payments by the debtor to the trustee; plan term and completion*

*1. Initial plan term.* The debtor will pay to the trustee **$565.00** monthly for **60** months for total payments, during the initial plan term, of **$33,900.00**.

**Section E.** *Disbursements by the trustee*

The trustee shall disburse payments received from the debtor under this plan as follows:

8. *General unsecured claims (GUCs).* All allowed nonpriority unsecured claims *** shall be paid, pro rata, in full.

4. On July 23, 2018, Debtor's confirmed plan was modified to increase payments to $617.00 monthly for the remainder of plan term. [Doc. # 32].

5. As result of illness, Debtor was off work; resulting in delinquency in payments to the Chapter 13 Trustee.

6. Debtor is back at work.

7. Debtor proposes deferring the $2,441.00 default, and paying to the trustee to $705.00 monthly for the remaining plan term – beginning with the October 2019 payment.

8. Modifying Debtor's plan will not prejudice the general unsecured creditors, as they will continue to be paid, *in full*, as provided for in Debtor's confirmed plan.

**WHEREFORE**, Debtor respectfully requests this Court enter an Order Modifying Debtor's Chapter 13 Plan to defer the $2,441.00 default to the end of the plan term; to increase the Debtor's payment to the trustee to $705.00 monthly for the remaining plan term; and grant any other relief deemed appropriate and equitable.

Dated: September 13, 2019                    Respectfully submitted,

**MICHELLE M. LOCKWOOD**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com